# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:17-CR-10067-STA |
| DINA EVANS, | |
| Defendant. | |

## ORDER ON MOTION TO CONTINUE CHANGE OF PLEA HEARING

Upon motion of the defendant Dina Evans for Motion to Continue Change of Plea Hearing on March 9, 2018, without objection from the Government, and for good cause shown, IT IS HEREBY ORDERED that this matter is continued to a date convenient with the Court.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

3/9/2018
DATE