**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:17-10067-7-STA |
| | ) | |
| DINA EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

This cause came to be heard on April 16, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Dina Evans, appearing in person, and with counsel, Matt Maddox.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 18, 2018 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 16th day of April, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT