**SIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DINA EVANS,

    Defendant.

Case No. 1:17-CR-10067-7-STA

**ORDER ON AMENDED MOTION TO CONTINUE SENTENCING
HEARING AND NOTICE OF RESETTING**

Upon motion of the defendant Dina Evans for Motion to Continue Sentencing Hearing on May 14, 2019, without objection from the Government, and for good cause shown, IT IS HEREBY ORDERED that this matter is continued to May 31, 2019 at 11:00 a.m.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

5/13/2019
DATE